Form B1 (Official Form 1) - (Rev. 1/08)                                                        2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Karykeion, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Physicians Super Centers Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all)<br>16-1632818 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>12134 Victory Boulevard<br><br>North Hollywood, CA  91606          ZIP CODE | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

3046 and 3111 Florence Avenue, Huntington Park, CA
7130 Mission Place, Huntington Park, CA
2623 East Slauson, Huntington Park, CA
                                                                ZIP CODE 90255

| Type of Debtor (Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☒ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check one box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts (Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

**Chapter 11 Debtors:**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

| Filing Fee (Check one box) |
|---|
| ☒ Full Filing Fee attached |
| ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. |
| ☐ Filing Fee waiver requested (Application to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. |

| Statistical/Administrative Information | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

CCD-B1

Form B1 (Official Form 1) (Rev. 1/08)                                      2008 USBC, Central District of California

| **Voluntary Petition** _(This page must be completed and filed in every case.)_ | Name of Debtor(s): **Karykeion, Inc.** | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: N/A | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| | ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. | If this is a joint petition: |
| ☒ No | ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
_Check all applicable boxes._

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

Form B1 (Official Form 1) (Rev. 1/08)                                                    2008 USBC, Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):          FORM B1, Page 3<br>Karykeion, Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney**<br><br>X *[signature]*<br>Signature of Attorney for Debtor(s)<br>Michael H. Weiss<br>Printed Name of Attorney for Debtor(s)<br>Fainsbert Mase & Snyder, LLP<br>Firm Name<br>11835 West Olympic Boulevard<br>Address<br>Suite 1100<br><br>310-473-6400<br>Telephone Number<br>September 19, 200   107481<br>Date            Bar Number<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>Mitchell Rubin<br>Printed Name of Authorized Individual<br>President<br>Title of Authorized Individual<br>September 19, 2008<br>Date | X _____<br>                          Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**FAINSBERT, MASE & SNYDER LLP**
Michael H. Weiss (State Bar No. 107481)
Laura J. Meltzer (State Bar No. 151889)
Eva J. Lee (State Bar No. 253747)
11835 W. Olympic Boulevard, Suite 1100
Telephone:  310-473-6400
Facsimile:  310-473-8702
mweiss@fms-law.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.: _____ |
| KARYKEION, Inc,. a California corporation | Chapter 11 Case |
| EIN:  16-1632818 | **CORPORATE RESOLUTION AUTHORIZING FILING OF BANKRUPTCY PETITION** |

FAINSBERT MASE & SNYDER LLP
11835 W. Olympic Blvd., Ste. 1100 East Tower
Los Angeles, CA 90064-5001
Tel: 310-473-6400

Printed on Recycled Paper

S:\MHW\Karykeion\Pleadings\Corp
Reso Auth Filing of Bank Petition
(9.22.2008).doc

**WRITTEN CONSENT**

**OF SOLE DIRECTOR OF**

**KARYKEION, INC.,**

**A CALIFORNIA CORPORATION**

Pursuant to Section 307(b) of the California Corporations Code, the undersigned, being the sole director of Karykeion, Inc., a California corporation doing business as Community and Mission Hospital of Huntington Park (the "Corporations"), does hereby dispense with the formality of a meeting and by written consent adopts the following resolutions:

**WHEREAS** the sole director has considered the impact of a bankruptcy on the Corporation as a means to deal with the Corporation's financial problems and believes that it is in the best interest of the Corporation and its creditors for the Corporation to file for Bankruptcy under Chapter 11 of the United States bankruptcy Code;

**RESOLVED**, that the President of the Company is authorized to cause the Corporation to file for Bankruptcy under Chapter 11 of the United States Bankruptcy Code;

**FURTHER RESOLVED**, that the President of the Corporation is hereby authorized and directed to take or to cause to be taken all such further actions and to execute, deliver, file and record for and in the name of and on behalf of the Corporation any and all agreements, certificates, documents, applications and other instruments determined by such officer to be necessary or desirable to carry out the intent and purposes of the foregoing resolution, and any and all other agreements and transactions contemplated thereby.

Dated: September 21 , 2008

**MITCHELL RUBIN, Sole Director**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court

___CENTRAL___ District Of CALIFORNIA

In re Karykeion, Inc., a Califb _____,          Case No. _____
                    Debtor
                                                        Chapter 11 _____

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HUNTINGTON PARK MEDICAL GROUP | 16030 VENTURA BLVD SUITE 200 ENCINO, CA 91436 | Contract | Disputed | 2,078,534.00 |
| CARDINAL HEALTH | 300 S. RIVERSIDE, CHICAGO, IL 60506 | Pharmaceuticals | Disputed | 1,700,000.00 |

See Attached Continuation Sheet

Date:   9-22-08

_____
            Debtor

*[Declaration as in Form 2]*

B4

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re Karykeion, Inc. | Chapter 11 |
|---|---|
| Debtor | Case No. |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of Creditor | Name, telphone No., mailing address including zip code of employee, agent of creditor familiar with claimwho mabe contacted | Nature of claim | Indicate if claim is contingent unliquidated, disputed or subject to setoff | | Amount of Claim |
|---|---|---|---|---|---|
| EQUICARE PORTFOLIO, LLC | 5400 ORANGE AVE., SUITE 200 CYPRESS, CA 90630 | Loan | Disputed | $ | 1,500,000.00 |
| THE FULCRUM GROUP | 3998 INLAND EMPIRE BLVD. #300, ONTARIO, CA 91764 | Contract | Disputed | $ | 600,000.00 |
| EPSTEIN, TURNER & SONG | 777 FIGUERA BLVD., SUITE 4950, LOS ANGELES, CA 90017 | Legal | Disputed | $ | 300,000.00 |
| LEASING ASSOCIATES OF BARRINGTON | 33 WEST HIGGINS ROAD, SUITE 1030 SOUTH BARRINGTON, IL 60010 | Lease | Disputed | $ | 286,890.34 |
| ADVOCATE SOLUTIONS RX | 24042 NETWORK PLACE, CHICAGO, IL 60673-1240 | Contract | Disputed | $ | 248,956.96 |
| CROTHALL HEALTHCARE INC | 1875 CENTURY PARK EAST SUITE 300, WAYNE, PA 19087 | Contract | Disputed | $ | 228,897.00 |
| HEALTH NET | 11971 FOUNDATION PLACE, RANCHO CORDOVA, CA 95670 | Contract | Disputed | $ | 226,076.41 |
| X-PRT MEDICAL IMAGING | 4335 VAN NUYS AVE., #367 SHERMAN OAKS, CA 91403 | Contract | Disputed | $ | 204,469.02 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re Karykeion, Inc. | Chapter 11 |
|---|---|
| Debtor | Case No. |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### (Continuation Sheet)

| Name of Creditor | Name, telphone No., mailing address including zip code of employee, agent of creditor familiar with claimwho mabe contacted | Nature of claim | Indicate if claim is contingent unliquidated, disputed or subejct to setoff | Amount of Claim |
|---|---|---|---|---|
| GENETIC DISEASE BRANCH DHS | 2163 MEEKER AVE. BOX 186 RICHMOND, CA 94804 | Contract | Disputed | $ 200,529.15 |
| WESTERN ACUTE CARE PHYSICIA | 456 PANORAMA DR., LAGUNA BEACH, CA 92651 | Contract | Disputed | $ 199,000.00 |
| AT&T | PAYMENT CENTER SACRAMENTO, CA 95887-0001 | Contract | Disputed | $ 197,947.27 |
| SC EDISON | PO BOX 600, ROSEMEAD CA 91771 | Contract | Undisputed | $ 187,393.65 |
| BRIDGEPORT MEDICAL MANAGEMENT | 1442 E LINCOLN AVE., SUITE 352 ORANGE, CA 92865 | Contract | Disputed | $ 167,000.00 |
| MISSION PROPERTY MANAGEMENT | 727 W 7TH ST., LOS ANGELES, CA 90017 | Contract | Disputed | $ 150,000.00 |
| WHITE MEMORIAL MEDICAL CENTER | 1720 CESAR E CHAVEZ AVE., LOS ANGELES, CA 90033 | Contract | Disputed | $ 115,901.05 |
| RX RELIEF | 7535 PALM AVE. SUITE 101 FRESNO, CA 93711-1393 | Contract | Disputed | $ 112,849.37 |
| ADVANCED MEDICAL ANALYSIS | 1941 WALKER AVE., MONROVIA, CA 91016 | Contract | Disputed | $ 111,531.20 |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re Karykeion, Inc. | Chapter 11 |
| --- | --- |
| Debtor | Case No. |

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

**(Continuation Sheet)**

| Name of Creditor | Name, telphone No., mailing address including zip code of employee, agent of creidtor familiar with claimwho mabe contacted | Nature of claim | Indicate if claim is contingent unliquidated, disputed or subejct to setoff | Amount of Claim |
| --- | --- | --- | --- | --- |
| BIOMERIEUX | 100 RODOLPHE ST., DURHAM, NC 27712 | Contract | Disputed | $    104,483.15 |

| | (CLERK'S STAMP) |
|---|---|

**Name** Michael H. Weiss (SBN 107481)
Fainsbert Mase & Snyder, LLP
**Address** 11835 west Olympic Boulevard
Suite 1100
Los Angeles, CA 90064

**Telephone** (310)437-6400
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT FOR THE

____CENTRAL____ DISTRICT OF CALIFORNIA_____

In re   KARYKEION, INC., a California corporation

Case No. _____

Debtor(s)      **LIST OF EQUITY SECURITY HOLDERS**

(Set forth here all names, including trade names used by debtor(s) within last 6 years.)
**Social Security No.** _____
**Social Security No.** _____
**Debtor's Employer's Tax Identification No.** 16-1632818_____

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Edward Rubin and Laurie Rubin 2007 Irrevocable Trust | N/A | N/A | COMMON STOCK |

Page 1___ of 1___

BK-1A

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *NONE*

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

_____
Debtor

Dated  *9-22-08*

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004                                    **F 1015-2.1**

Verification of Creditor Mailing List - (Rev. 10/05)                           2003 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     MICHAEL H. WEISS (SB #107481), FAINSBERT, MASE & SNYDER, LLP

Address     11835 W. Olympic Blvd., Suite 1100, Los Angeles, CA  90064

Telephone    (310) 473-6400

☒  Attorney for Debtor(s)
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years):<br>Karykeion, Inc.<br>Physicians Super Centers, Inc. | Case No.: |
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __59__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  September 22, 2008

_____
Debtor

_____
Attorney (if applicable)

_____
Joint Debtor

*Exhibit 1*

Karykeion Inc
12134 Victory Boulevard
North Hollywood, CA 91606


Fainsbert Mase & Snyder LLP
Attention Michael H Weiss Esq
11835 W Olympic Blvd Suite 1100
Los Angeles, CA 90064


United States Trustee
21041 Burbank Boulevard
Woodland Hills, CA 91367-6603

*Exhibit 2*

A&E Electric
PO Box 145
Van Nuys, CA 91408


AAB American Assoc of Bioanaly
205 West Levee Street
Brownville, TX 78520-5596


AC Adclub Advertising Services
1304 West Roseburg Avenue
Modesto, CA 95350-4855


Action Door Repair
5420 Malabar Street
Huntington Park, CA 90255


Action Duct Cleaning Co Inc
787 West Woodbury Road
Unit 2
Altadena, CA 91001


Administrative Services
Cooperative Inc
2129 West Rosecrans Avenue
Gardena, CA 90249


Adonis Sfeara MD
3400 West Ball Road
Suite 100
Anaheim, CA 92804


ADP Inc
PO Box 78415
Phoenix, AZ 85062-8415

ADT Security Systems Inc
PO Box 371956
Pittsburgh, PA 15250


Advanced Care Services
3435 Wilshire Boulevard #945
Los Angeles, CA 90010


Advanced Medical Analysis LLC
1941 Walker Avenue
Monrovia, CA 91016


Advanced Medical Placement
18401 Burbank Boulevard
Suite 120
Tarzana, CA 91356


Advanced Orthopaedic Solutions
2444 205th Street
Unit S
Torrance, CA 90501


Advanced Systems Services Inc
1062 Airport Drive
Upland, CA 91786


Advocate Solutions RX
24042 Network Place
Chicago, IL 60673-1240


AFCO Insurance Premium Finance
4501 College Boulevard
Suite 320
Leawood, KS 66211-2328

AFLAC
Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999-0797


Ahmad Hajj MD
1220 Hemlock Way #200
Santa Ana, CA 92707


Air Liquide Healthcare America
12800 West Little York Road
Houston, TX 77041


Air Temperature Inc
3140 Maxson Road
El Monte, CA 91732


Airpure Filter Sales & Svc Inc
CA Filtration Bank of America
PO Box 70046
Los Angeles, CA 90074


AJK Communications Inc
11805 Smith Avenue
Santa Fe Springs, CA 90670


Alejandro Aguilar MD
3100 East Florence Avenue
Suite 6
Huntington Park, CA 90255


Allied Hospital Credit Union
2801 Atlantic Avenue
Long Beach, CA 90806

Ally Rose Security
253 Shorewood Drive
Webster, NY 14580

American Red Cross
Davis Wright Tremaine LLP
865 S Figueroa Street Suite 2400
Los Angeles, CA 90017

American Rentals Inc
9130 E Roscrans
Bellflower, CA 90706

American Safety Training Inc
317 West Fourth Street
Davenport, IA 52801

American Time & Signal Co
Law Office of Martin Goldman
10880 Wilshire Blvd Suite 2240
Los Angeles, CA 90024-4123

Americare Ambulance
Corporate Office
820 W Lomita Boulevard
Harbor City, CA 90710

Amtech Elevator Services
PO Box 100736
Pasadena, CA 91189-0736

Angelica Textile Services
743 E 59th Street
Los Angeles, CA 90001

Arch Wireless
PO Box 660770
Dallas, TX 75266

Architecture Planning Interior
3916 Sepulveda Boulevard
Culver City, CA 90230

Arco
PO Box 70887
Charlotte, NC 28272-0887

Armstrong Med Industries Inc
575 Knightsbridge Parkway
PO Box 700
Lincolnshire, IL 60069-0700

Arrow International
Attention Bob Druttman
5201 Congress Avenue Suite 225
Boca Raton, FL 33487

Arrowhead Mtn Spring Water
PO Box 856158
Louisville, KY 40285

Arthrocare
7500 Rialto Boulevard
Building 2 Suite 100
Austin, TX 78735

Artistic Printing Company
5878 W Pico Boulevard
Los Angeles, CA 90019

Assoc Health Profession Inc
6095 Bristol Parkway
2nd Floor
Culver City, CA 90230


Associated Endoscopy
45 East St Joseph Street
Arcadia, CA 91006-2861


AT&T / SBC Pacific Bell
PO Box 8104
Aurora, IL 60507-8104


AT&T
PO Box 78225
Phoenix, AZ 85062-8225


AT&T Long Distance
PO Box 660688
Dallas, TX 75266-0688


Atlas Medical Technologies
1137 East Philadelphia Street
Ontario, CA 91761


Audac
3095 Kerner Boulevard
Suite U
San Rafael, CA 94901-5420


B Braun Medical Inc
PO Box 512382
Philadelphia, PA 19175-2382

Backflow Prevention
17501 Chase Street
Northridge, CA 91325-3917


Baxter Healthcare Corporation
Law Office of Charles Carey
25910 Acero Street Suite 360
Mission Viejo, CA 92691


Beda M Llagas
5061 West Ranger Trail
Gilbert, AZ 85297


Beverly Orthopedic Lab Inc
237 East Beverly Boulevard
Montebello, CA 90640


Biomedic
12300 Ford Road
Suite 410
Dallas, TX 75234


Biopharmaceutics Corp
1241 Johnson Avenue
Suite 122
San Luis Obispo, CA 93401


Boston Scientific Corp
PO Box 512638
Los Angeles, CA 90051


Bowers Ambulance
Bowers Companies Inc
PO Box 80152
City of Industry, CA 91716-8152

Bracco Diagnostics Inc
PO Box 101747
Atlanta, GA 30392-1747


Bruce Kovacs MD
PO Box 3389
Seal Beach, CA 90740


Caban Resources LLC
1007 N Sepulveda Boulevard
Suite 364
Manhattan Beach, CA 90267-0364


California Chamber of Commerce
PO Box 526020
Sacramento, CA 95852-6020


California Coding Specialist
599 Barranca Avenue
Suite 473
Covina, CA 91723


California Cytology Center
7507 1/2 Seville Avenue
Huntington Park, CA 90255


California Hazardous Serv Inc
3132 West Adams Street
Santa Ana, CA 94612


California Lab Choice Inc
3045 Kashiwa Street
Torrance, CA 90505

California Medical Records
Sourcecorp Healthserve
PO Box 19049
Green Bay, WI 54307-9049

California Medical Technology
2839 Onyx Way
West Covina, CA 91792

California Nurse Express
19401 S Vermont Avenue
Suite B200A
Torrance, CA 90502

California Nurses Association
2000 Franklin Street
Suite 300
Oakland, CA 94612

California Nurses Provider Inc
2500 Wilshire Boulevard
Suite 930
Los Angeles, CA 90057

Captive Audience Marketing Inc
5997 Brockton Avenue
Suite B
Riverside, CA 92506

Cardiac Medical Svcs Inc
220 North Glenoaks Boulevard
Suite B
Burbank, CA 91502

Cardinal Health
JP Morgan Chase
300 South Riverside
Chicago, IL 60606

Cardiovascular Specialties
26575 West Agoura Road
Calabasas, CA 91302

Care Advantage
3440 Wilshire Boulevard
Suite 807
Los Angeles, CA 90010

Care Ambulance Service Inc
1517 West Braden Court
Orange, CA 90286-8112

Careerbuilder LLC
Attention Bob Druttman
5201 Congress Avenue Suite 225
Boca Raton, FL 33487

CDW Government Inc
75 Remittance Drive
Suite 1515
Chicago, IL 60675-1515

Central Medical Diagnostic Lab
10554 Progress Way
Suite J
Cypress, CA 90630-4724

Certified Nursing Registry Inc
United Nursing Registry
18826 Aldridge Place
Rowland Heights, CA 91748

Charter Communications
PO Box 78004
Phoenix, AZ 85062-8004

Cingular Wireless
PO Box 6463
Carol Stream, IL 60197-6463

Cintas Document Management
555 South Rose Street
Anaheim, CA 92805

City of Huntington Park
PO Box 2219
Huntington Park, CA 90255

Clean Room Service
PO Box 9276
Canoga Park, CA 91309

Codecorrect
14241 Dallas Parkway
Suite 800
Dallas, TX 75254

Codonics
17991 Englewood Drive
Middleburg Heights, OH 44130

Cole Service Company
PO Box 9028
South El Monte, CA 91733

College of Amer Pathologists
Attention Marie Williams
325 Waukegan Road
Northfield, IL 60093-2750

Community Health Plan
1000 S Fremont Ave Building A-9
East 2nd Floor Unit 4
Alhambra, CA 91803-8859


Comser Co Inc
Orange County/Los Angeles Area
14600 Goldenwest St Suite104C
Westminster, CA 92683


Conexis
PO Box 6241
Orange, CA 92863-6241


Conmed Corp
Attention Harold P Margulies
1875 Century Park East Suite 1240
Los Angeles, CA 90067


Consolidated Disposal Svc LLC
Attention Annie
12949 Telegraph Road
Santa Fe Springs, CA 90670


Consolidated Disposal Svc LLC
PO Box 78010
Phoenix, AZ 85062-8010


Continue CPR
12631 West Imperial Highway
Suite D-108
Santa Fe Springs, CA 90670


Cook Medical Inc
22988 Network Place
Chicago, IL 60673-1229

Cook Paging
2960 Kerner Boulevard
San Rafael, CA 94901


Cooper Surgical Inc
95 Corporate Drive
Trumbull, CT 06611


Core Medical Group Inc
2 Keewaydin Drive
Salem, NH 03079


Corporate Express
Attention Joe Davis Rms
PO Box 2471
Woburn, MA 01888


County of LA Fire Department
PO Box 60440
Los Angeles, CA 90060-0440


CPSI
6600 Wall Street
Mobile, AL 36695


CR Bard Inc
PO Box 75767
Charlotte, NC 28275


Craig Medical Intrntnal Inc
Attention Barry
26893 Bouquet Cyn Rd Suite C320
Santa Clarita, CA 91350

Crisis Prevention Institute
3315-H North 124th Street
Brookfield, WI 53005


CRM Learning
2218 Faraday Avenue
Suite 110
Carlsbad, CA 92008-7234


Cross Country Staffing Inc
6551 Park of Commerce Boulevard
Boca Raton, FL 33487


Cyrus Parsa DO
PO Box 7000
Rolling Hills, CA 90274


Cytyc Limited Partnership
Attention: Cynthia Thiers
250 Campus Drive
Marlborough, MA 01752


Caremed Staffing Co Inc
c/o Alfredo Anyia Law Office
880 West First Street Suite 108
Los Angeles, CA 90012


Dade Behring Inc
c/o Bank of America Lockbox Svc
13776 Collection Center Drive
Chicago, IL 60693


Dana Mann
12722 Taylor Street
Garden Grove, CA 92845

Daniel Suarez MD
3100 East Florence Avenue
Suite 10
Huntington Park, CA 90255


Data Computer Products
10 Lake Street Box 540
Kauneonga Lake, NY 12749


Datalok The Information Co
5990 Malburg Way
Los Angeles, CA 90058


Datascope Corporation
PO Box 538028
Atlanta, GA 30353-8028


Datex Ohmeda
PO Box 641936
Pittsburgh, PA 15264-1936


David M Speiser MD
A Professional Medical Corp
4348 Canyon View Lane
Palos Verdes, CA 90274


De Lage Landen
PO Box 41601
Philadelphia, PA 19101-1601


Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Denley Investment & Mgt Corp
1710 McCadden Place
Hollywood, CA 90028


Dennis Graham
23665 Nadir Streed
West Hills, CA 91304-3039


Dennis Lange MD
101 East Beverly Boulevard
Suite 304
Montebello, CA 90640


Dept of Industrial Relations
Accounting-Collections Unit
PO Box 420603 Accounting 10th Fl
San Francisco, CA 94142-0603


Detection Logic Fire Pro Inc
7605 N San Fernando Road
Burbank, CA 91505


Dewey Pest Control
7000 Telegraph Road
Commerce, CA 90040-3226


DHL Express USA Inc
PO Box 4723
Houston, TX 77210-4723


Diagnostica Stago
Five Century Drive
Parsippany, NJ 07054

Discharge Summary Dictation
535 Cameron Crest Drive
Diamond Bar, CA 91765


DJO
Commercial Collection Consultants
16830 Ventura Blvd Suite 620
Encino, CA 91436


Dunn-Edwards Corp
PO Box 30389
Los Angeles, CA 90030-0389


DWC Mailing Systems
1201 South Boyle Avenue
Los Angeles, CA 90023


Eagle Florist
7502 Pacific Boulevard
Huntington Park, CA 90255


ECFMG-Educationl Commission
For Foreign Medical
PO Box 48083
Newark, NJ 07101-4883


Ecolab Inc
PO Box 100512
Pasadena, CA 91189-0512


Eddie Berns
2504 Mayfield Avenue
Montrose, CA 91020

Edfund Accounts Receivable
PO Box 419040
Rancho Cordova, CA 95741-9040


Edwards Life Sciences
23146 Network Place
Chicago, IL 60673


Elsagav Shaham MD
866 N Vermont Avenue
Suite 1
Los Angeles, CA 90029


Emerald Health Svc Registry
Law Offices of Marty Goldman
10880 Wilshire Blvd Suite 2240
Los Angeles, CA 90024


Emile Shenouda MD
10132 California Avenue
South Gate, CA 90280


Encore Orthopedics
9800 Metric Boulevard
Austin, TX 78758


Env Service
PO Box 510862
Philadelphia, PA 19175-0862


Enviesage International Corp
DBA Frontline Nurses Interchange
4803 Hayter Avenue
Lakewood, CA 90712

Enviromed Applications Inc
Environmental & Clinic Lab
419 Main Street Suite 22
Huntington Beach, CA 92648


Epstein Turner & Song
777 Figueroa Street
Suite4950
Los Angeles, CA 90017


Ethicon Inc
Attention Revenue Mangement
425 Hoes Lane PO Box 6800
Piscataway, NJ 08855-6800


Evans Enterprises
Attention Nathaniel R Evans
5997 Brockton Avenue Suite B
Riverside, CA 92506


Express Mail-E/M Unit-Flor Docks
Main Office Station
7001 Central Avenue
Los Angeles, CA 90001-9998


Fantasy Blinds
14643 1/2 Titus Street
Panorama City, CA 91402


FDA-MQSA Program
PO Box 70953
Charlotte, NC 28272-0953


FedEx
PO Box 7221
Pasadena, CA 91109-7321

FedEx Kinkos
Customer Administrative Services
PO Box 672085
Dallas, TX 75267-2085


Felicitas Halili MD
6943 Roundup Way
Orange, CA 92869


Fernandos Graphic Design
Fernado Osorio
1216 South Cypress Avenue
Santa Ana, CA 92707


Fidel Santa-Cruz
3100 E Florence Avenue
Suite 3
Huntington Park, CA 90255


File Keepers LLC
6277 East Slauson Avenue
Commerce, CA 90040


Firemaster
6101 Mid Metro Drive
Suite 5
Fort Myers, FL 33966


Fireworks Fire Protection
2311 Waring Drive
Agoura, CA 91301


Francisco Castillo
1156 East 84 Street
Los Angeles, CA 90001

Franco S Printing
6352 Miles Avenue
Huntington Park, CA 90255


Freedom Imaging
1401 East Ball Road
Suite E
Anaheim, CA 92805


Freedom Medical Inc
219 Welsh Pool Road
Exton, PA 19341


GE Capital
PO Box 31001-0271
Pasadena, CA 91110


GE Healthcare Service
PO Box 843553
Dallas, TX 75284-3553


GE Medical Systems Inc
Attention Accounts Receivable
5517 Collections Center Drive
Chicago, IL 60693


General Ecom Corporation
4148 Baldwin Avenue #102
El Monte, CA 91731


Genetic Disease Branch
Accounting Unit-NBS
2163 Meeker Avenue Box 186
Richmond, CA 94804

Genzyme
PO Box 360975
Pittsburg, PA 15251


Global Medical Service Provide
25876 The Old Road #178
Stevenson Ranch, CA 91381


Global Nurses Services Inc
Attention Sam
3213 West Imperial Highway
Inglewood, CA 90303


Golden West
PO Box 5066
Oxnard, CA 93031-5066


Gordon Hanusek MD
15243 Vanowen Street
Van Nuys, CA 91405


Gorilla Marketing
4100 Flat Rock Building 10
Riverside, CA 92505


Greater Bay Capital
Accounts Receivable
PO Box 7777
San Francisco, CA 94120-7777


Gyrus Acmi
NW 7882
PO Box 1450
Minneapolis, MN 55485-7882

Harold T Rimmer
DBA CBA Diagnosis
418 Ogle Circle
Costa Mesa, CA 92627

Healthcare Industry Sip
PO Box 513056
Los Angeles, CA 90051-1056

Healthlogic Systems Corp
Attention Susan Jackson
PO Box 277447
Atlanta, GA 30384-7447

HFS Consultants
Complete Solutions For Healthcare
Mgmt 505 Fourteenth St 5th Floor
Oakland, CA 94612-1912

High Tech Imaging
3644 Fifth Street
La Crescenta, CA 91214

Hilight Electric
PO Box 1084
Glendora, CA 91741

Hill Rom CO Inc
PO Box 643592
Pittsburg, PA 15264-3592

Hollister Inc
2000 Hollister Drive
Libertyville, IL 60048

Hope Management Corporation
599 S Barranca Avenue
Suite 485
Covina, CA 91723


Hormoz Farhat MD
Community Prenatal &
Medical Clinic
3100 E Florence Avenue Suite 4
Huntington Park, CA 90255


Hospitality Harbour Inc
PO Box 845869
Boston, MA 02284


Hubert Kottlove MD
2675 East Slauson Avenue
Huntington Park, CA 90255


Huntington Park Self Storage
5961 Santa Fe Avenue
Huntington Park, CA 90255


IH Communications
21721 Septo Street #214
Chatsworth, CA 91311


Immucor
PO Box 102118
Atlanta, GA 30368


IMS
PO Box 160
La Verne, CA 91750

In House Traction Orthopedic
2168 South Atlantic Boulevard
Suite 233
Monterey Park, CA 91754


Independent Acute Dialysis
1711 Ivy Bridge Road
Glendale, CA 91207


Ingenix Publishing Group
PO Box 27116
Salt Lake City, UT 84127-0016


Innovative Mngd Care Sys Inc
14241 Dallas Parkway
Suite 700
Dallas, TX 75254


Inrad Inc
PO Box 1797
Holland, MI 49422-1797


Insight Direct Inc
PO Box 78825
Phoenix, AZ 85062-8825


Institute For Medical Quality
221 Main Street
Suite 210
San Francisco, CA 94105


Intelesys Communications
1196 North Park Avenue
Pomona, CA 91768

Intercall Inc
PO Box 281866
Atlanta, GA 30384


Interstate Imaging Inc
3053 Rancho Vista Boulevard
Suite H-152
Palmdale, CA 93551


Interstate Rehab Services Inc
Attention Jim Pietsch
333 E Glenoaks Blvd Suite 204
Glendale, CA 91207


Invivo Research Inc
12601 Research Parkway
Orlando, FL 32826


IOD Incorporated
PO Box 19025
Green Bay, WI 54307-9025


IOP Inc
3184 Airway Avenue
Suite B
Costa Mesa, CA 92626


IPC Inc
632 Highway 59
PO Box 72
Pembinda, ND 58271


Iron Mountain Records Mgmt Inc
PO Box 601002
Los Angeles, CA 90060

IRS/CA
PO Box 24017
Fresno, CA 93776


Ishan Shamaan MD
4646 E Florence Avenue
Bell, CA 90201


James Gibbs MD
7507 1/2 Seville Avenue
Huntington Park, CA 90255


Hawthorne
Jesus Ramirez MD
6128 Whittier Boulevard
Los Angeles, CA 90022


Jesusa Romero MD
3100 E Florence Avenue
Suite 5
Huntington Park, CA 90255


Jet Medical Electronics
2230 S Dupont Drive
Anaheim, CA 92806


Johnstone Supply
5960 Valentine Road
Unit 3
Ventura, CA 93003-6671


Joseph Anthony
6126 South Wictonia
Los Angeles, CA 90047

Joseph Englanoff MD
9533 Sawyer Street
Los Angeles, CA 90035


Juan Gomez
Ace Service Co
19425 B Soledad Canyon Rd #231
Canyon Country, CA 91351


Karl Storz Endo America Inc
600 Corporate Pointe
Culver City, CA 90230


Kayla Advertising
2011 Flagler Avenue
Key West, FL 33040-4566


Ken's Commercial Boiler Servic
9800 D Topanga Canyon Boulevard
Suite 327
Chatsworth, CA 91311


Kenneth Rich MD
506 16th Street
Huntington Beach, CA 92648


Kforce Proffessional Staffing
PO Box 277997
Atlanta, GA 30384-7997


Khalid Khan MD
1557 East Florence Avenue
Los Angeles, CA 90001

Kyocera Mita America Inc
14101 Alton Parkway
Irvine, CA 92618

LA County Dept of Public Health
Public Health License/Permit Unit
5050 Commerce Drive Room 117
Baldwin Park, CA 91706-1423

Lard Investments LP
13635 Freeway Drive
Santa Fe Springs, CA 90670

Levying Office/Sheriffs Dept
110 North Grand Avenue
Room 525
Los Angeles, CA 90012

Lifescan
1000 Gilbraltar Drive
Milpitas, CA 95035-6312

Los Angeles County Tax Collect
PO Box 54027
Los Angeles, CA 90012

Los Angeles Fire Department
LA County Fire Department
PO Box 513148
Los Angeles, CA 90051-1148

Lynch Ambulance
2920 La Jolla Street
Anaheim, CA 92806

M&M Diagnostic Staffing
4402 Josie Avenue
Lakewood, CA 90713


Magnet Medstaff Inc
13031 Oxnard Street
Van Nuys, CA 91401-0000


Magnetic Imaging of Burbank
500 East Olive
Suite 103
Burbank, CA 91501


Maine Standards Co LLC Inc
765 Roosevelt Trail
Suite 9A
Windham, ME 04062


Maintech Corporation
PO Box 8522
Northridge, CA 91327-8522


Major Cleanup Inc
1963 Mt Vernon Avenue
Pomona, CA 91768


Mallinckrodt Medical Inc
Attention Louis Jacobs Esq
11693 San Vicente Blvd Suite 318
Los Angeles, CA 90049


Mammo Q Plus Inc
22020 South Avalon Boulevard
Carson, CA 90745

Managed Health Network
PO Box 60000
San Francisco, CA 94160-2980


Master Staffing Inc
310 East Colordo Street
Suite 206
Glendale, CA 91205


McMaster Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690


Mead Johnson Nutritionals
2400 West Lloyd Expressway
Building 61-B233
Evansville, IN 47721-0001


Medaxis Corporation
2800 28th Street Suite 310
Santa Monica, CA 90405


Medical Arts Press
PO Box 37647
Philadelphia, PA 19101-0607


Medical Business Services
1706 North Waltz Avenue
Anaheim, CA 92807-2043


Medical Data Exchange Corp
One World Trade Center
Suite 2400
Long Beach, CA 90831

Medical Dimensions Inc
Bunagan Marapao & Valdez LLP
3540 Wilshire Blvd Penthouse One
Los Angeles, CA 90010


Mediscan Inc
21050 Califa Street
Suite 100
Woodland Hills, CA 91367


Medline Industries Inc
Attention Ines
PO Box 92301
Chicago, IL 60675


Medrad Inc
PO Box 360172
Pittsburgh, PA 15251


Medtronic
4642 Collection Center Drive
Chicago, IL 60693


Medwrite Inc
5021 East Crescent Drive
Anaheim Hills, CA 92807


Mercury Medical
PO Box 17009
Clearwater, FL 33762-0009


Meredith Digital
Attention Bill Meridith
PO Box 15105
Santa Ana, CA 92735

Michael Devey
Four M
13803 Dancer Street
La Puente, CA 91746

Millipore Corporation
2736 Paysphere Circle
Chicago, IL 60674

Min Soo Shin MD
2968 West Florence Avenue
Huntington Park, CA 90255

Mindscope Medical Support Inc
11819 Foothill Blvd
Suite C-168
Rancho Cucamonga, CA 91730

Ml Architecture of Imaging
Law Office of Shieds and Kowaiski
18002 Irvine Boulevard
Tustin, CA 92780

Mobile Instrument Service Inc
333 Water Avenue
Bellefontaine, OH 43311

Mongaup Technologies
10 Lake Street Box 540
Kauneonga Lake, NV 12749

Mss Nurses Registry Inc Ed Martin
Greenberg Grant & Richards
5858 Westheimer Road #500
Houston, TX 77057

Murari Gupta MD
PO Box 4475
Orange, CA 92863-4475


MVAP Medical Supplies Inc
3555 Old Conejo Road
Newbury Park, CA 91320


N Service Pest Management
3120 Oakview Lane
Chino Hills, CA 91709


Nacho's Lock & Key
2689 East Florence Avenue
Huntington Park, CA 90255


Nagy Khalil MD
1557 East Florence Avenue
Los Angeles, CA 90001


Namki Chung MD
3034 East Florence Avenue
Huntington Park, CA 90255


National Association of CPSI
Clients Inc
PO Box 189
Burlington, KS 66839


National Construction Rentals
PO Box 4503
Pacoima, CA 91333-4503

National Elevator Inspection S
PO Box 503067
St Louis, Mo 63150-3067

NEC Financial Services Inc
300 Frank W Burr Blvd
7th Floor
Teaneck, NJ 07666-6704

Need Insurance Forms
PO Box 991193
Redding, CA 96099-1193

New Port Solutions
Neal Verga
250 West First Street Suite 202
Claremont, CA 91711

New World Medical Inc
10763 Edison Court
Rancho Cucamonga, CA 91730-5448

Nextel Communications
PO Box 4181
Carol Stream, IL 60197-4181

Nighthawk Radiology Services
PO Box 673398
Detroit, MI 48267-3398

Nurses R Special Inc
415 East Harvard Street
Suite 104
Glendale, CA 91205

Nurses2G0
PO Box 6250
Long Beach, CA 90806


OB Specialties
1799 Northwood Court
Oakland, CA 94611


Office Depot
PO Box 70025
Los Angeles, CA 90074-0025


Office Digital Solution
1560 N Orangethorpe Way
Anaheim, CA 92801


Office of Statewide Health
Planning & Development-Accounting
1600-9th Street Room 450
Sacramento, CA 95814


Office of Statewide Health
Healthcare Information Division
Patient Data Sect 818 K S Section
Sacramento, CA 95814


Oldtimers Housing Development
3355 East Gage Avenue
Huntington Park, CA 90255


Olympus America Inc
PO Box 610
Center Valey, PA 18034-0610

Olympus Financial
PO Box 200183
Pittsburgh, PA 15251


Optimal Print Technologies Inc
59 Peters Canyon Road
Irvine, CA 92606


Orkin Pest Control
PO Box 911520
Commerce, CA 90091


Ortho Clinical Diagnostics Inc
Lock Box 11
PO Box 60000
San Francisco, CA 94160


Oscar Zambrano MD
6011 Pacific Boulevard
Suite 116
Huntington Park, CA 90255


Pacific Mededge Registry
18311 South Western Avenue
Torrance, CA 90248


Pacific Medical Imaging Inc
9915 Bell Ranch Drive
Santa Fe, Springs CA 90670


Pacificare Dental & Vision
Department 7904
Los Angeles, CA 90088-7904

Pacificare Life And Health
Attention Remitance Team
5701 Katella Ave Mail Stop#Cy24515
Cypress, CA 90630

Paki Consultants
7815 Melvin Avenue
Resedad, CA 91335

Panther Protection Inc
2383 Rivertrail Road
Orange, CA 92865

Passport Health Comm Inc
PO Box 2318
Columbus, GA 31902-2318

Patricia Lund
Lentz Locksmith Svc
2889 East Gage Avenue
Huntington Park, CA 90255

Patton Healthcare Consulting L
PMB 263 Suite C-4
20229 North 67th Avenue
Glendale, AZ 85308-6665

Paul Baylon MD
3100 East Florence Avenue
Suite 2
Huntington Park, CA 90255

PDC Contracting
3811 East La Palma Avenue
Anaheim, CA 92807

Peace Medical Inc
50 South Center Street
Unit 11
Orange, NJ 07050


Pharmstaff A Medical Staffing
Medical Staffing Network
1251 Paysphere Circle
Chicago, IL 60674-1251


Philips Medical Systems
PO Box 406538
Atlanta, GA 30384


Photography Studio
6214 Pacific Boulevard
Huntington Park, CA 90255


Physician Sales & Service
1938 West Malvern Avenue
Fullerton, CA 92833-2105


Pods
PO Box 31673
Tampa, FL 33631-3673


Precision Diagnostic Imaging
5121 South Street
Lakewood, CA 90712-1245


Procter & Gamble Pharmaceutica
Customer Logistics & Financial Services
8500 Governors Hill Drive
Cincinnati, OH 45249-1373

Professional Biilingual Xchng
PO Box 750526
Petaluma, CA 94975


Promotions Now
1270 Glen Avenue
Moorestown, NJ 08057


Provider Health Services Inc
265 College Park Drive
Seal Beach, CA 90740


Prudential Life & Disability
Lock Box #101241
3585 Atlantic Avenue
Hapezille, GA 30354


Prudential Retirement Services
Prudential Retirement Services Loan
PO Box 1050
Wilkes Barre, PA 18703-1050


Prudential Retirement Services
PO Box 1050
Wilkes Barre, PA 18703-1050


Quantros Inc
690 North McCarthy Boulevard
Suite 200
Milpitas, CA 95035


Quartermaster
17600 Fabrica Way
Cerritos, CA 90703

Qwest
PO Box 856169
Louisville, KY 40285

R Douglas Collins
Arbitrator
703 Pier Avenue Suite B #805
Hermosa Beach, CA 90254-3943

Radiographic Imaging Co
Attention John Garcia
9435 East Slauson Avenue
Pico Rivera, CA 90660

Randal Hernandez
11432 South Street #327
Cerritos, CA 90703

Rawlings Mechanical Corp
PO Box 703
Sun Valley, CA 91353

Raymond WP Leung MD
2655 East California Boulevard
Pasadena, CA 91107

RCP Advanced Life Support
720 North Valley Street
Suite F
Anaheim, CA 92801

Ready Medical
7317 East Alondra Boulevard
Paramount, CA 90723

Registered Dietitian Cnsltants
34162 Capistrano By The Sea
Dana Point Ca 92629

Reliable Health Care Sys Inc
Law Office of Brendan P Brewer
950 Northgate Drive Suite 202
San Rafael, CA 94903

Reliance Wholesale Inc
894 N Germanantown Parkway
Suite 2
Cordova, TN 38018

Replacement Parts Industries
20338 Corisco Street
Chatsworth, CA 91313

Rescue Rooter Corp
Law Office of Troy W Stanto
PO Box 880
Yorba Linda, CA 92885

Rhinotek
2301 East Del Amo Boulevard
Carson, CA 90220

Ricardo Chambi MD
13744 Weddington Street
Sherman Oaks, CA 91401

RISARC
303 N Glenoaks Boulevard
Suite 660
Burbank, CA 91502

RMXC Medical X-Ray
12921 W Washington Boulevard
Los Angeles, CA 90066


Roche Diagnostics Corporation
PO Box 75341
Chicago, IL 60675


Ross Products
75 Remittance Dr Suite 1310
Chicago, IL 60675-1310


Roy Douglass Wholesale Bakery
870 San Vicente Road
Arcadia, CA 91007


RX Prohealth
15012 Collecions Center Drive
Chicago, IL 60693


RX Relief
Pridestaff
7535 N Palm Avenue Suite 101
Fresno, CA 93711-1393


RX Third Party Solution
PO Box 504591
St Louis, MO 63150-4591


Safe-T Security Services
4100 Flat Rock Drive
Suite B
Riverside, CA 92505


San Diego Blood Bank
440 Upas Street
San Diego, CA 92103

Sanitec USA
9065 Norris Avenue
Sun Valley, CA 91352

SC Edison
PO Box 600
Rosemead, CA 91771-0001

Secure Nursing Service Inc
Fidelity Creditor Services Inc
Attn Maria Cabrera Po Box 3963
Glendale, CA 91221-0963

Securitec Access Controls
10861 Sherman Way
Sun Valley, CA 91352

SEIU Union
PO Box 45218
San Francisco, CA 94145

Service 1st Electrical Service
1005 Ortega Way
Placentia, CA 92870

Shamrock Scientific
PO Box 143
Bellwood, IL 60104

Sheriffs Dept
6548 Miles Avenue
Room 108
Huntington Park, CA 90255

Shred It
11821 Wakeman Street
Santa Fe Springs, CA 90670-2130

Sidney Franklin Client Trust
Sidney Franlin Client Trust Account
13333 Ventura Blvd Suite 206
Sherman Oaks, CA 91423

Siemens Med Sol Diagnostics
Dept 1102
PO Box 121102
Dallas, TX 75312-1102

Sims Welding Supply Co Inc
Attention A/R
2445 South Street
Long Beach, CA 90805

Smith & Nephew Orthopedics
1450 Brooks Road
Memphis, TN 38116

Softmed Systems Inc
5888 Collections Center Drive
Chicago, IL 60693

Soliant Health
Post Office Box 1024640
Atlanta, GA 30368-4640

Source One Healthcare Tech
PO Box 403209
Atlanta, GA 30384

Source Refrigeration & HVAC In
PO Box 515337
Los Angeles, CA 90051-6637


South Coast Aqmd
21865 Copley Drive
PO Box 4943
Diamond Bar, CA 91765-0943


Southcoast Elevator & Escalato
626 South Spring Street
Suite 406
Los Angeles, CA 90014


Southern California Infection
Control Services Inc
10271 Casanes Avenue
Downey, CA 90241


Southland Medical Dialysis LLC
449 South Kingsley Drive
Suite 113
Los Angeles, CA 90020


Southwest Medical Resource In
PO Box 758
Norco, CA 09286-0758


Sparkletts
PO Box 660579
Dallas, TX 75266-0579


Sparta Chem Inc
PO Box 462
Elmwood Park, NJ 07407

Special Service For Groups
520 S Lafayette Park Place
Floor 3
Los Angeles, CA 90057-1607


Special T Water Systems Inc
11934 Washington Boulevard
Whittier, CA 90606


Spectra Clinical Laboratory
8337 Telegraph Road
Suite 104
Pico Rivera, CA 90660


Spectracorp Tech Group Inc
8131 LBJ Freeway
Suite 360
Dallas, TX 75251


Spectrum Medical X-Ray
1721 Stewart Street
Santa Monica, CA 90404


SRC Medical
18327 Napa Street
Northridge, CA 91325


SSI Surgical Staff Inc
PO Box 192
San Mateo, CA 94401-0192


St Jude Medical SC Inc
One Lillehei Plaza
St Paul, MN 55117

St John Companies
JNA - Attention Peter Lawrence
PO Box 7000
Tarzana, CA 91357


Stat Medical Diagnostics
PO Box 4074
Seal Beach, CA 90740


Stat Registry Service
235 East Broadway Street
Suite 960
Long Beach, CA 90802


State Board Of Equalization
PO Box 942879
Sacramento, CA 94279-7072


State Board Of Equalization
PO Box 409
Norwalk, CA 90651-0409


State Disbursement BD0100571
PO Box 989067
Los Angeles, CA 95798


State of CA Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001


Stericycle Inc
PO Box 9001589
Louisville, KY 40290-1589

Stratacom
Attention Ed Eno
1 Marconi
Irvine, CA 92618-2560

Streck Laboratories
PO Box 45625
Omaha, NE 68145-0625

Stryker Endoscopy Corp
Attention Styker Sales Corp
PO Box 93276
Chicago, IL 60673

Stryker Instruments
4100 East Milham Avenue
Kalamazoo, MI 49001

Stryker Spine
21912 Network Place
Chicago, IL 06731-9112

STS
541 Main Street 104 PMB 353
Corona, CA 92880-2048

Sullivan EEG Services
2430 Pocatello Avenue
Rowland Heights, CA 91748

Summit International
4411 Dupont Court
Suite 130
Ventura, CA 93003

Superior Scientific Inc
201 South Raymond Avenue
Alhambra, CA 91801-3129


System One Medical
7506 Yardley Wah
Tampa, FL 33647


Tao Nguyen MD
3100 East Florence Avenue
Suite 9
Huntington Park, CA 90255


TB&A
20 Pineview Drive
Amherst, NY 14228


Tech Depot
6 Cambridge Drive
Trumbull, CT 06611


Telepacific Communications
PO Box 526015
Sacramento, CA 95852-6015


Temp RD
1142 Heritage Drive
Ridgecrest ,CA 93555


Temp Unlimited LLC
11306 East 183rd Street
Suite 301
Cerritos, CA 90703

Tenacore Holdings Inc
647 East Young Street
Santa Ana, CA 92705


Tenet Federal Credit Union
1140 North Gilbert Street
Anaheim, CA 92801


The Fulcrum Group
3998 Inland Empire Boulevard
Suite 300
Ontario, CA 91764


The Gas Company
PO Box C
Monterey Park, CA 91756


The St John Record Prog Inc
PO Box 51263
Los Angeles, CA 90051


The Surgical Equipment People
6626 Central Avenue Pike
Knoxville, TN 37912


The T System Inc
Attention Susan Bunn
4020 Mcewen Drive Suite 200
Dallas, TX 75007


Therma Tech
22821 Hunter Creek
Mission Viejo, CA 92692

Thermo Electron Lab Equip LLC
PO Box 712480
Cincinnati, OH 45271-2480


Time Medical
PO Box 871981
Vancouver, WA 98687-1981


TMC Services
PO Box 397
Victorville, CA 00772


TRL Systems Inc
Attention Accounts Receivable
4405 East Airport Drive
Ontario, CA 91761


Tyco Healthcare
Pinnacle Financial Group (Rl0471)
7825 Washington Ave South Ste 310
Minneapolis, MN 55439


UCI Pathology Referral Service
PO Box 51966
Los Angeles, CA 90051-3966


United Asset Coverage Inc
PO Box 116934
Atlanta, GA 30368


United Medical Instruments
2370-D Qume Drive
San Jose, CA 95131

United Therapy Network Inc
1230 East Washington Street
Suite PA-2
Colton, CA 92324


UPS
PO Box 894820
Los Angeles, CA 90189-4820


Urban Associates Inc
550 South Hope Street
Suite 1765
Los Angeles, CA 90071


US Endoscopy
5976 Heisley Road
Mentor, OH 44060


US Radiology On Call
2461 Santa Monica Boulevard
Suite 108
Santa Monica, CA 90404


USC Radiology Associates Inc
PO Box 31399
Los Angeles, CA 90031


Utah Medical Products Inc
7043 South 300 West
Midvale, UT 84047


Value Painting Inc
Attention Floren
6029 Whitewood Avenue
Lakewood, CA 90712

Vascular Specialties
CVS
6907 Hayvenhurst Avenue
Van Nuys, CA 91406


Vernon Chamber of Commerce
3801 Santa Fe Avenue
Vernon, CA 90058


Vernon Credit Union
5720 East Washington Blvd
Commerce, CA 90040


Viasys Healthcare
88253 Expedite Way
Chicago, Il 60695-0001


Violeta Galdamez MD
2955 Florence Avenue
Huntington Park, CA 90255


Vision Communications Company
4501 East Pacific Coast Highway
Long Beach, CA 90804


Visionshare Inc
SDS-12-2343
PO Box 86
Minneapolis, MN 55486-2343


Vital Scan Inc
6399 Wilshire Boulevard
Suite 321
Los Angeles, CA 90048

VTA Consulting Structural Engi
1755 East Huntington Drive
Suite 202
Duarte, CA 91010

Walter Jekot MD
10732 National Boulevard
Los Angeles, CA 90064

Warden Guy L Warden & Sons
13909 Bettencourt Street
Cerritos, CA 90703

Welch Allyn Inc
PO Box 73040
Chicago, IL 60673-7040

Western Acute Care Physicians
456 Panorama Drive
Laguna Beach, CA 92651

Western Health Sciences
21018 Osborne Street
Suite 3
Canoga Park, CA 91304

Westmed Ambulance Inc
PO Box 5004
Mariposa, CA 95338

Wexford and James LLC
Attention Jeremy Nichols
2910 Westown Parkway Suite 300
West Des Moines, IA 50266

White Memorial Medical Center
Clinical Laboratory A/R
1720 Cesar East Chavez Avenue
Los Angeles, CA 90033


Williams A/C Equipment Service
7220 Santa Barbara Court
Fontana, CA 92336


Window Tints Etc
6030 Santa Monica Boulevard
Hollywood, CA 90038


Winifred Williams MD
Attention Michael S Braun Esq
2522 Artesia Blvd Suite 200
Redondo Beach, CA 90278


Workflow One
PO Box 644108
Pittsburgh, PA 15264-4108


Yellow Pages Distribution Srv
PO Box 222045
Dallas, TX 75222-2045


Zelalem Tesfay MD
7126 Pacific Boulevard
Suite B
Huntington Park, CA 90255


Zia Hashemi MD
PO Box 1567
Southgate, CA 90280

Employment Development Department
PO Box 826880
Sacramento, CA 94280

IRS/Ohio
PO Box 145595
Cincinnati, OH 45250-5595

Business Loan Conduit No 2 LLC
801 Nicollet Mall
Suite 1700W
Minneapolis, MN 55402

CHHP Inc
13737 Noel Road
Suite 100
Dallas, TX 75240

Mulroe John
11619 Bristol Chase Drive
Tampa, FL 33626

Merrill Lynch Capital
222 North LaSalle Street
16th Floor
Chicago, IL 60601

Huntington Park Doctors Group LLC
9533 Sawyer Street
Los Angeles, CA 90035

Affordable Properties
11810 Glen Wessex Court
Tampa, FL 33626

US Express Leasing Inc
300 Lanidex Plaza
Parsippany, NJ 07054-2797


Leasing Associates of Barrington
33 West Higgins Road
Suite 1030
South Barrington, IL 60010


LaSalle Bank National Association
135 South LaSalle Street
Chicago, IL 60603


Cardinal Health
7000 Cardinal Place
Dublin, OH 43017


Equicare Portfolio I LLC
5400 Orange Avenue
Suite 200
Cypress, CA 90630


Boston Scientific
10880 Wilshire Boulevard
Suite 2240
Los Angeles, CA 90024


Key Equipment Finance Inc
1000 McCaslin Boulevard
Superior, CO 80027


Corporate Express
10880 Wilshire Boulevard
Suite 2240
Los Angeles, CA 90024

Bridgeport Medical Management Inc
1442 East Lincoln Avenue
Suite 352
Orange, CA 92865